IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
AUG 23 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 1:23 CR 00471 |
| v. ) | |
| ) | Title 18, United States Code, |
| KENNETH EMMANUEL SMITH, ) | Sections 922(a)(1)(A), 922(g)(1), |
| ) | 922(o), 924(a)(1)(D), 924(a)(2), |
| Defendant. ) | and 924(a)(8) |

JUDGE GAUGHAN

COUNT 1
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

The Grand Jury charges:

1. From on or about July 26, 2023 to August 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM | PRICE |
|---|---|---|
| July 26, 2023 | Taurus, Model PT111 G2, 9mm caliber pistol, serial number: TJU19111 | $500 |
| July 27, 2023 | Polymer80, Model PF940C Combat 19, 9mm caliber pistol, without a serial number. | $1,300 |
| July 27, 2023 | Taurus, Model G3C, 9mm caliber pistol, serial number: ADE315902 | $800 |
| August 2, 2023 | Smith & Wesson, Model SD9VE, 9mm caliber pistol, serial number: FBH7461 | $1,500 |
| August 2, 2023 | Walther, Model PDP, 9mm caliber pistol, serial number: FDN5236 | |
| August 3, 2023 | Romarm/Cugir, Model Micro Draco, .762 caliber pistol, serial number PMD-3824 | $2,200 |
| August 7, 2023 | Smith & Wesson, Model: SD9VE, 9mm caliber pistol, serial number FXE1867 | $3,000 |

| | | |
|---|---|---|
| August 7, 2023 | Glock, Model: 29GEN4, 10mm caliber pistol, serial number BNNU057 | |
| August 7, 2023 | Glock, Model: 43, 9mm caliber pistol, serial number ADKR142 | |
| August 7, 2023 | Walther, Model: P22, .22 caliber pistol, serial number WA383204 | |
| August 7, 2023 | Anderson Manufacturing, Model: AM-15, 300 caliber AR style pistol, serial number 21144880 | $2,300 |
| August 8, 2023 | Polymer80 Inc., P80 Tactical, Model PF940V2, 9mm caliber pistol, without a serial number, with "switch" machinegun conversion device | $1,400 |
| August 14, 2023 | Smith and Wesson, Model SWV40VE, .40 caliber pistol, serial number DWM5030 | $3,000 |
| August 14, 2023 | 80 Percent Arms, Model GST-9, 9 mm caliber pistol, without a serial number | |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D).

## COUNT 2
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about July 26, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about April 4, 2019, in case number CR-18-634540, in Cuyahoga County Court of Common Pleas; and knowingly possessed a firearm, to wit: a Taurus, Model PT111 G2, 9mm caliber pistol, bearing serial number: TJU19111, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

2

COUNT 3
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

    3.    On or about July 27, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about April 4, 2019, in case number CR-18-634540, in Cuyahoga County Court of Common Pleas; and knowingly possessed a firearm, to wit: a Taurus, Model G3C, 9mm caliber pistol, bearing serial number: ADE315902, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

    4.    On or about August 2, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about April 4, 2019, in case number CR-18-634540, in Cuyahoga County Court of Common Pleas; and knowingly possessed two firearms, to wit: a Smith & Wesson, Model SD9VE, 9mm caliber pistol, bearing serial number: FBH7461, and a Walther, Model PDP, 9mm caliber pistol, bearing serial number: FDN5236, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 5
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about August 3, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about April 4, 2019, in case number CR-18-634540, in Cuyahoga County Court of Common Pleas; and knowingly possessed a firearm, to wit: a Romarm/Cugir, Model Micro Draco, .762 caliber pistol, bearing serial number PMD-38424, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 6
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

6. On or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about April 4, 2019, in case number CR-18-634540, in Cuyahoga County Court of Common Pleas; and knowingly possessed five firearms, to wit: a Smith & Wesson, Model: SD9VE, 9mm caliber pistol, bearing serial number FXE1867; a Glock, Model: 29GEN4, 10mm caliber pistol, bearing serial number BNNU057; a Glock, Model: 43, 9mm caliber pistol, bearing serial number ADKR142; a Walther, Model: P22, .22 caliber pistol, bearing serial number WA383204; and an Anderson Manufacturing, Model: AM-15, 300 caliber AR style pistol, bearing serial number 21144880, said firearms having been shipped and

transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 7
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

7. On or about August 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Polymer80 Inc., P80 Tactical, Model PF940V2, 9mm caliber pistol, without a serial number, modified with a machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2)

## COUNT 8
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

8. On or about August 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH EMMANUEL SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about April 4, 2019, in case number CR-18-634540, in Cuyahoga County Court of Common Pleas; and knowingly possessed a firearm, to wit: a Smith and Wesson, Model SWV40VE, .40 caliber pistol, bearing serial number DWM5030, said firearm

having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

9. For the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 8 are incorporated herein by reference. As a result of the foregoing offenses, Defendant KENNETH EMMANUEL SMITH shall forfeit to the United States all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.